United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                   Case No. 18-10448-ref
James C. Enders, Jr.                                                                     Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 1              Date Rcvd: Dec 18, 2018
                              Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2018.
db          +James C. Enders, Jr.,   201 Joshua Lane,    Ephrata, PA 17522-9745
cr          +CAB East, LLC/Ford Motor Credit Company, LLC,    c/o Howard Gershman, Esq.,
              610 York Road, Suite 200,   Jenkintown, PA 19046-2867

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2018 02:38:10     Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2018 at the address(es) listed below:
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          HOWARD GERSHMAN    on behalf of Creditor   CAB East, LLC/Ford Motor Credit Company, LLC
           hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
          JEROME B. BLANK    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ET. AL.
           paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor   U.S. Bank National Association, As Trustee et al
           paeb@fedphe.com
          JOHN A. DIGIAMBERARDINO    on behalf of Debtor James C. Enders, Jr. jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
           RRamos-Cardona@fredreiglech13.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor   U.S. Bank National Association, As Trustee et al
           paeb@fedphe.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor   BANK OF AMERICA, N.A. paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM MILLER*R    ecfmail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  JAMES C. ENDERS, JR.,  : Chapter 13
           debtor  : Case No.  18-10448

## ORDER

Upon consideration of the Application for Allowance of Compensation of John A. DiGiamberardino, Esquire, pursuant to Section 331 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees is approved in the amount of $4,759.39 and advanced costs in the amount of $240.61.

BY THE COURT:

**Date: December 18, 2018**

_____
United States Bankruptcy Judge