| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-10448-PMM**

JAMES C  ENDERS JR
201 JOSHUA LANE
EPHRATA  PA    17522

Petition Filed Date: 01/25/2018
341 Hearing Date: 03/13/2018
Confirmation Date: 08/23/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2019 | $325.00 | | 02/25/2019 | $325.00 | | 03/25/2019 | $325.00 | |
| 04/24/2019 | $325.00 | | 05/24/2019 | $325.00 | | 06/24/2019 | $325.00 | |
| 07/22/2019 | $325.00 | | 08/30/2019 | $325.00 | Automatic Payr | 10/01/2019 | $325.00 | |
| 10/30/2019 | $325.00 | | 12/03/2019 | $325.00 | | 12/31/2019 | $325.00 | |
| 01/30/2020 | $325.00 | | 03/02/2020 | $325.00 | | 03/30/2020 | $325.00 | |
| 04/30/2020 | $325.00 | | 06/02/2020 | $325.00 | | 06/30/2020 | $325.00 | |
| 07/30/2020 | $325.00 | | | | | | | |

**Total Receipts for the Period:  $6,175.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $9,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | QUICK BRIDGE FUNDING LLC<br>»» 004 | Unsecured Creditors | $51,452.22 | $1,509.94 | $49,942.28 |
| 5 | MERCHANT CAPITAL GROUP<br>»» 005 | Unsecured Creditors | $17,435.42 | $557.30 | $16,878.12 |
| 6 | NMEF FUNDING 2016-A, LLC<br>»» 006 | Unsecured Creditors | $21,941.27 | $701.34 | $21,239.93 |
| 1 | FORD MOTOR CREDIT COMPANY<br>»» 001 | Unsecured Creditors | $371.09 | $371.09 | $0.00 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 011 | Unsecured Creditors | $305.92 | $0.00 | $305.92 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 002 | Unsecured Creditors | $404.11 | $0.00 | $404.11 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $5,706.00 | $182.40 | $5,523.60 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $721.82 | $15.60 | $706.22 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 010 | Unsecured Creditors | $3,394.39 | $108.53 | $3,285.86 |
| 12 | OCWEN LOAN SERVICING, LLC<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | SELECT PORTFOLIO SERVICING<br>»» 014 | Secured Creditors | $13,020.64 | $0.00 | $13,020.64 |
| 13 | SYNCHRONY BANK<br>»» 013 | Unsecured Creditors | $382.05 | $0.00 | $382.05 |
| 7 | CASE & DIGIAMBERARDINO PC<br>»» 007 | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |

**Chapter 13 Case No. 18-10448-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $9,750.00 | Current Monthly Payment: | $325.00 |
| Paid to Claims: | $8,446.20 | Arrearages: | $0.00 |
| Paid to Trustee: | $834.24 | Total Plan Base: | $13,000.00 |
| Funds on Hand: | $469.56 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.