| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-10448-PMM**

JAMES C  ENDERS JR
201 JOSHUA LANE
EPHRATA  PA     17522

Petition Filed Date: 01/25/2018
341 Hearing Date: 03/13/2018
Confirmation Date: 08/23/2018

Case Status: Completed on 6/ 1/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2020 | $325.00 | | 03/02/2020 | $325.00 | | 03/30/2020 | $325.00 | |
| 04/30/2020 | $325.00 | | 06/02/2020 | $325.00 | | 06/30/2020 | $325.00 | |
| 07/30/2020 | $325.00 | | 08/31/2020 | $325.00 | | 09/30/2020 | $325.00 | |
| 10/30/2020 | $325.00 | | 12/01/2020 | $325.00 | | 01/04/2021 | $325.00 | |
| 02/01/2021 | $325.00 | | 03/02/2021 | $325.00 | | 03/30/2021 | $325.00 | |
| 04/30/2021 | $325.00 | | 06/01/2021 | $325.00 | | | | |

**Total Receipts for the Period:  $5,525.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $13,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | QUICK BRIDGE FUNDING LLC »» 004 | Unsecured Creditors | $51,452.22 | $2,867.78 | $48,584.44 |
| 5 | MERCHANT CAPITAL GROUP »» 005 | Unsecured Creditors | $17,435.42 | $1,075.40 | $16,360.02 |
| 6 | NMEF FUNDING 2016-A, LLC »» 006 | Unsecured Creditors | $21,941.27 | $1,353.31 | $20,587.96 |
| 1 | FORD MOTOR CREDIT COMPANY »» 001 | Unsecured Creditors | $341.13 | $341.13 | $0.00 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR »» 011 | Unsecured Creditors | $305.92 | $15.24 | $290.68 |
| 2 | UNITED STATES TREASURY (IRS) »» 002 | Unsecured Creditors | $404.11 | $15.37 | $388.74 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 008 | Unsecured Creditors | $5,706.00 | $351.93 | $5,354.07 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 009 | Unsecured Creditors | $721.82 | $31.66 | $690.16 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 010 | Unsecured Creditors | $3,394.39 | $209.37 | $3,185.02 |
| 12 | OCWEN LOAN SERVICING, LLC »» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | SELECT PORTFOLIO SERVICING INC »» 014 | Secured Creditors | $13,020.64 | $0.00 | $13,020.64 |
| 13 | SYNCHRONY BANK »» 013 | Unsecured Creditors | $382.05 | $15.62 | $366.43 |
| 7 | CASE & DIGIAMBERARDINO PC »» 007 | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |

**Chapter 13 Case No. 18-10448-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,000.00 | Current Monthly Payment: | $325.00 |
| Paid to Claims: | $11,276.81 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,090.99 | Total Plan Base: | $13,000.00 |
| Funds on Hand: | $632.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.