Certificate Number: 13858-PAE-DE-035790762

Bankruptcy Case Number: 18-10448



13858-PAE-DE-035790762

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 27, 2021, at 3:19 o'clock PM EDT, James C. Enders, Jr. completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 27, 2021　　　　　　　　　By:　  /s/Shauna B. Curtsinger　　　　

　　　　　　　　　　　　　　　　　　　Name:  Shauna B. Curtsinger　　　　

　　　　　　　　　　　　　　　　　　　Title:  Counselor