United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 18-10448-pmm

James C. Enders, Jr. Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3

Date Rcvd: Aug 12, 2021     Form ID: 138OBJ     Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James C. Enders, Jr., 201 Joshua Lane, Ephrata, PA 17522-9745 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14044682 | + | 48 Factoring, Inc., 308 W. Lancaster Ave., Wayne, PA 19087-3944 |
| 14044683 | #+ | Andrew Sklar, Esquire, Sklar Law, LLC, 1200 Laurel Oak Road, Ste. 102, Voorhees, NJ 08043-4317 |
| 14044684 | + | Angeline M. Kogut, Esq., Kingery & Kogut, 203 W. 18th St., Wilmington, DE 19802-4718 |
| 14044685 | + | Atlantic Credit & Finance, Inc., P.O. Box 2083, Warren, MI 48090-2083 |
| 14044687 | | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 14044686 | + | Bank of America, 400 National Way, Simi Valley, CA 93065-6414 |
| 14177770 | + | Bank of America, N.A., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14044692 | + | Enders Transport, LLC, 201 Joshua Lane, Ephrata, PA 17522-9745 |
| 14044693 | + | Everence Federal Credit Union, 1022 Sharp Ave., Ephrata, PA 17522-1136 |
| 14053235 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, National Bankruptcy Service Center, P.O. Box 62180, Colorado Springs, CO 80962 |
| 14044696 | + | Hayt, Hayt & Landau, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 14044697 | + | Integrated Recovery Services, 3840 East Robinson Road #224, Amherst, NY 14228-2001 |
| 14070966 | + | John A. DiGiamberardino, Esquire, Case & DiGiamberardino, P.C., 845 N. Park Road, Ste. 101, Wyomissing, PA 19610-1342 |
| 14044699 | + | Karen Enders, 201 Joshua Lane, Ephrata, PA 17522-9745 |
| 14044700 | | Linebarger Goggan Blair & Sampson. LLP, Attorneys at Law, PO Box 90128, Harrisburg, PA 17109-0128 |
| 14044701 | # | Merchant Capital Group dba, Greenbox Capital, 111 NW 183rd St., Ste. 316, Miami Gardens, FL 33169-4599 |
| 14068822 | + | North Mill Credit Trust fka EFS Credit Trust, 50 Washington Street, 10th Floor, Norwalk, CT 06854-2751 |
| 14044703 | | Ocwen Loan Servicing, Attn: Research Dept., PO Box 24736, West Palm Beach, FL 33416-4736 |
| 14044704 | + | Pennsylvania Turnpike Commission, Violation Processing Center, 8000 C Derry Street, Harrisburg, PA 17111-5287 |
| 14044705 | + | Pennsylvania Turnpike Commission, P.O. Box 67676, Harrisburg, PA 17106-7676 |
| 14247580 | + | Select Portfolio Servicing, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14044707 | + | TNT Sales, 3131 Highway 100, Villa Ridge, MO 63089-2522 |
| 14307504 | | Towd Point Mortgage Trust 2019-SJ2, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14079495 | | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ET. AL., OCWEN LOAN SERVICING, LLC, ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14071510 | | U.S. Bank National Association, c/o Jerome Blank, Esq, 1617 JFK Boulevard, Ste 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14247570 | + | U.S. Bank Trust National Association, as Trustee f, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 12 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 12, 2021 | Form ID: 138OBJ | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 12 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14044690 | + | Email/Text: bankruptcynotices@cbecompanies.com | Aug 12 2021 23:32:00 | CBE Group, 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 14044688 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 12 2021 23:33:40 | Capital One, P O Box 30281, Salt Lake City, UT 84130-0281 |
| 14044691 | + | Email/Text: notices@burt-law.com | Aug 12 2021 23:32:00 | Derek C. Blasker, Esquire, LAW OFFICES BURTON NEIL & ASSOCIATES, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 14044694 | + | Email/Text: data_processing@fin-rec.com | Aug 12 2021 23:32:00 | Financial Recovery Services, Inc., P O Box 385908, Minneapolis, MN 55438-5908 |
| 14044695 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 12 2021 23:32:00 | Genesis Bankcard Svc/Celtic Bank, 268 S. State St., Ste. 300, Salt Lake City, UT 84111-5314 |
| 14044698 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 12 2021 23:32:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14073198 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2021 23:32:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14050546 | + | Email/Text: ecf@salisianlee.com | Aug 12 2021 23:32:00 | National Funding, Inc., Salisian Lee LLP, c/o Neal Salisian, Esq., 550 S. Hope Street, Suite 750, Los Angeles, CA 90071-2686 |
| 14044702 | + | Email/Text: emiller@northmillef.com | Aug 12 2021 23:32:00 | North Mill Equipment Finance, LLC, 50 Washington St., 10th fl., South Norwalk, CT 06854-2751 |
| 14044706 | | Email/Text: mspurrier@nationalfunding.com | Aug 12 2021 23:32:00 | Quick Bridge Funding LLC, 410 Exchange Ste 150, Irvine, CA 92602 |
| 14078591 | | Email/Text: bnc-quantum@quantum3group.com | Aug 12 2021 23:32:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14050986 | + | Email/Text: ecf@salisianlee.com | Aug 12 2021 23:32:00 | Quick Bridge Funding, LLC, Salisian Lee LLP, c/o Neal Salisian, Esq., 550 S. Hope Street, Suite 750, Los Angeles, CA 90071-2686 |
| 14071873 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 12 2021 23:33:53 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14044708 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 12 2021 23:32:00 | U.S. Bank N.A., 60 Livingston Ave., Saint Paul, MN 55107-2292 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14052982 | *+ | Andrew Sklar, Esquire, SKLAR LAW LLC, 1200 Laurel Oak Road, Suite 102, Voorhees, NJ 08043-4317 |
| 14044689 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14046631 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company, LLC, P.O. Box 62180, Colorado Springs, CO 80962-4400 |
| 14053236 | *+ | National Funding, Inc., Salisian Lee LLP, c/o Neal Salisian, Esq., 550 S. Hope St., Ste. 750, Los Angeles, CA 90071-2686 |
| 14053237 | *+ | Quick Bridge Funding LLC, Salisian Lee LLP, c/o Neal Salisian, Esq., 550 S. Hope St., Ste. 750, Los Angeles, CA 90071-2686 |
| 14083854 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2021            Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank National Association As Trustee et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Towd Point Mortgage Trust 2019-SJ2 U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| HOWARD GERSHMAN | on behalf of Creditor CAB East LLC/Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net |
| JEROME B. BLANK | on behalf of Creditor U.S. Bank National Association As Trustee et al paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE ET. AL. paeb@fedphe.com |
| JOHN A. DIGIAMBERARDINO | on behalf of Debtor James C. Enders Jr. jad@cdllawoffice.com, dmk@cdllawoffice.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Towd Point Mortgage Trust 2019-SJ2 U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Select Portfolio Servicing bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2018-PM16 bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor BANK OF AMERICA N.A. paeb@fedphe.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor U.S. Bank National Association As Trustee et al paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: James C. Enders, Jr.
      Debtor(s)

Case No: 18−10448−pmm
Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/12/21

58 − 54
Form 138OBJ