United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10448-pmm |
| James C. Enders, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 20, 2021 | Form ID: 3180W | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James C. Enders, Jr., 201 Joshua Lane, Ephrata, PA 17522-9745 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14070966 | + | John A. DiGiamberardino, Esquire, Case & DiGiamberardino, P.C., 845 N. Park Road, Ste. 101, Wyomissing, PA 19610-1342 |
| 14044701 | # | Merchant Capital Group dba, Greenbox Capital, 111 NW 183rd St., Ste. 316, Miami Gardens, FL 33169-4599 |
| 14068822 | + | North Mill Credit Trust fka EFS Credit Trust, 50 Washington Street, 10th Floor, Norwalk, CT 06854-2751 |
| 14307504 | | Towd Point Mortgage Trust 2019-SJ2, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14079495 | | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ET. AL., OCWEN LOAN SERVICING, LLC, ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 21 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 20 2021 23:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 20 2021 23:29:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14046631 | | EDI: FORD.COM | Aug 21 2021 03:33:00 | Ford Motor Credit Company, LLC, P.O. Box 62180, Colorado Springs, CO 80962-4400 |
| 14044698 | | EDI: IRS.COM | Aug 21 2021 03:33:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14073198 | + | EDI: MID8.COM | Aug 21 2021 03:33:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14050546 | + | Email/Text: ecf@salisianlee.com | Aug 20 2021 23:29:00 | National Funding, Inc., Salisian Lee LLP, c/o Neal Salisian, Esq., 550 S. Hope Street, Suite 750, Los Angeles, CA 90071-2686 |
| 14078591 | | EDI: Q3G.COM | Aug 21 2021 03:33:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14050986 | + | Email/Text: ecf@salisianlee.com | Aug 20 2021 23:29:00 | Quick Bridge Funding, LLC, Salisian Lee LLP, c/o Neal Salisian, Esq., 550 S. Hope Street, Suite 750, Los Angeles, CA 90071-2686 |
| 14083854 | + | EDI: RMSC.COM | Aug 21 2021 03:33:00 | Synchrony Bank, c/o PRA Receivables |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 20, 2021 | Form ID: 3180W | Total Noticed: 20 |

Management, LLC, PO Box 41021, Norfolk VA 23541-1021

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2021       Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank National Association  As Trustee et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Towd Point Mortgage Trust 2019-SJ2  U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| HOWARD GERSHMAN | on behalf of Creditor CAB East  LLC/Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net |
| JEROME B. BLANK | on behalf of Creditor U.S. Bank National Association  As Trustee et al paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE ET. AL. paeb@fedphe.com |
| JOHN A. DIGIAMBERARDINO | on behalf of Debtor James C. Enders  Jr. jad@cdllawoffice.com, dmk@cdllawoffice.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Towd Point Mortgage Trust 2019-SJ2  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Select Portfolio Servicing bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2018-PM16 bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS YOUNG.HAE SONG | |

District/off: 0313-4 User: admin Page 3 of 3
Date Rcvd: Aug 20, 2021 Form ID: 3180W Total Noticed: 20

on behalf of Creditor BANK OF AMERICA N.A. paeb@fedphe.com

THOMAS YOUNG.HAE SONG
on behalf of Creditor U.S. Bank National Association As Trustee et al paeb@fedphe.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1** | James C. Enders Jr. <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9697 <br> EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| **Debtor 2** <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_ \_ \_ \_ <br> EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court   Eastern District of Pennsylvania | | |
| Case number:   18–10448–pmm | | |

## Order of Discharge                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   James C. Enders Jr.

<u>8/19/21</u>                                                                          **By the court:** <u>Patricia M. Mayer</u>
                                                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**