**Fill in this information to identify the case:**

Debtor 1    James C. Enders Jr.

United States Bankruptcy Court for the PENNSYLVANIA EASTERN (READING) District of Pennsylvania

Case number   18-10448 PMM

## Official Form 410S1

# Notice of Mortgage Payment Change
**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Towd Point Mortgage Trust 2019-SJ2, U.S. Bank National Association, as Indenture Trustee

**Court claim no.** (if known):  14

**Last 4 digits** of any number you use to identify the debtor's account:  2057

**Date of payment change:**
Must be at least 21 days after date of this notice              04/25/2020

**New total payment:**                          $110.17
Principal, interest, and escrow, if any

---

### Part 1:    Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:   $_____          New escrow payment:   $_____

---

### Part 2:    Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:    8.25000     %          New interest rate:    6.75000     %

   Current principal and interest payment: $117.85          New principal and interest payment:  $ 110.17

---

### Part 3:    Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change:_____

   Current mortgage payment: $_____          New mortgage payment:  $_____

---

Debtor(s)    James C. Enders Jr.

First Name    Middle Name    Last Name

Case number (*if known*)  18-10448 PMM

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Rebecca A. Solarz, Esquire          Date    04/01/2020

Signature

Print:    Rebecca A. Solarz                    Title    Attorney for Creditor

First Name    Middle Name    Last Name

Company    KML Law Group, P.C.

Address    701          Market Street, Suite 5000

Number    Street

Philadelphia,                        PA    19106

City    State    ZIP Code

Contact phone  (215) 627–1322          Email  rsolarz@kmllawgroup.com